# ALLEGHENY COUNTY,

## June Term, 1794.

### GEORGE BOWERS *v.* EDWARD FITZRANDOLPH.

*BOWERS* brought an action of *trefpafs vi et armis*, against *Fitzrandolph*, for killing his dog. The dog had bit *Fitzrandolph*, who, a few minutes after, feeing the dog again, fhot him. There was alfo fome flight grounds to excite a fufpicion, that the dog was mad.

PRESIDENT. Whether the dog was mad or not, he having bitten *Fitzrandolph*, the killing of him is juftifiable. The dog was a nuifance: and every man may abate a nuifance. This is not the cafe of a dog fet to guard property, and killed by a perfon interfering improperly. Such killing would not be juftifiable.

The jury found a verdict for the defendant.